# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John C. Nessuno Sr.

      <u>Debtor</u>

CHAPTER 7

BKY. NO. 16-15958 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America as Servicer for BANK OF AMERICA, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 2154

                                      Respectfully submitted,

                                      **/s/Joshua I. Goldman, Esquire**
                                      Joshua I. Goldman, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406