*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John C. Nessuno, Sr.
    Debtor(s)

Case No: 16–15958–ref
Chapter: 7

---

**REAFFIRMATION HEARING NOTICE**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and
    Harley–Davidson Credit Corp.

    On: 10/18/16

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison,
    400 Washington Street, Reading, PA 19601

For The Court

Dated: 9/26/16

Timothy B. McGrath
Clerk of Court

19 – 18
Form 172