# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John C. Nessuno Sr.aka John C. Nessuno<br>                                    Debtor | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>                         Movant<br>        vs. | NO. 16-15958 REF |
| John C. Nessuno Sr.aka John C. Nessuno<br>                                    Debtor | |
| Robert H. Holber Esq.<br>                         Trustee | 11 U.S.C. Section 362 |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 121 Granville Avenue Reading, PA 19607 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: November 14, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list